1  Michael Gerard Fletcher (State Bar No. 070849)
   mfletcher@frandzel.com
2  Tricia L. Legittino (State Bar No. 254311)
   tlegittino@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
4  Seventeenth Floor
   Los Angeles, California 90048-4920
5  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
6
   Attorneys for Movants/Appellants
7  Dynamic Finance Corporation and Angela C. Sabella

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>NORTH PLAZA, LLC,<br><br>Debtor.<br><br>_____<br><br>DYNAMIC FINANCE CORPORATION and ANGELA C. SABELLA,<br><br>        APPELLANTS,<br>v.<br><br>CHAPTER 11 TRUSTEE RICHARD KIPPERMAN,<br><br>        APPELLEE. | District Case No. 08-CV-01194-W-CAB<br><br>Bankruptcy Court No. 04-00769-PB11<br><br>Appeal No. 2<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:      To Be Set<br>TIME:      To Be Set<br>COURTROOM: Seven<br><br>The Honorable Thomas J. Whelan, Judge Presiding |

529735.1                                         **08-CV-01194-W-CAB**

CERTIFICATE OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of FRANDZEL ROBINS BLOOM & CSATO, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920.

On July 11, 2008, I served true copy(ies) of the:

**(1) NOTICE OF MOTION AND MOTION FOR STAY PENDING APPEAL OF BANKRUPTCY COURT ORDER**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STAY PENDING APPEAL OF BANKRUPTCY COURT ORDER**

**(3) DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF DYNAMIC FINANCE CORPORATION'S AND ANGELA SABELLA'S MOTION FOR STAY PENDING APPEAL OF ORDER ON THE TRUSTEE'S MOTION TO COMPEL DISCOVERY FROM ISAAC LEI AND THE ALCON GROUP;**

**(4) DECLARATION OF MICHAEL GERARD FLETCHER IN SUPPORT OF DYNAMIC FINANCE CORPORATION'S AND ANGELA SABELLA'S MOTION FOR STAY PENDING APPEAL OF BANKRUPTCY COURT ORDER ON THE TRUSTEE'S MOTION TO COMPEL DISCOVERY FROM ISAAC LEI/THE ALCON GROUP;**

**(5) REQUEST FOR JUDICIAL NOTICE WITH EXHIBITS 1-26 ATTACHED;**

**(6) CERTIFICATE OF SERVICE**, the original(s) of which is(are) affixed hereto, to the party(ies) listed on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 11, 2008, at Los Angeles, California.

/s/Tiffany Lok
TIFFANY LOK

529735.1                                                                  08-CV-01194-W-CAB

CERTIFICATE OF SERVICE

<div style="text-align: right; font-size: small;">FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 WILSHIRE BOULEVARD, 17TH FLOOR<br>LOS ANGELES, CALIFORNIA 90048-4920<br>(323) 852-1000</div>

<div style="text-align: center;">**SERVICE LIST**</div>

**VIA CM/ECF NOTICE OF ELECTRONIC FILING**

- Ali M.M. Mojdehi    ali.m.m.mojdehi@bakernet.com, janet.d.gertz@bakernet.com;joseph.r.dunn@bakernet.com;sam.h.aghili@bakernet.com;sdefile@bakernet.com

**VIA U.S. MAIL**

Tiffany L. Carroll
Office of the United States Trustee
402 West Broadway, Suite 600
San Diego, CA 92101
tiffany.l.carroll@usdoj.gov

529735.1

2

**08-CV-01194-W-CAB**

CERTIFICATE OF SERVICE