# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: NORTH PLAZA, LLC,<br><br>　　　　　　　　Debtor<br><br><br>DYNAMIC FINANCE CORPORATION et. al.,<br><br>　　　　　　　　Appellants,<br>　　vs.<br><br>CHAPTER 11 TRUSTEE RICHARD KIPPERMAN,<br><br>　　　　　　　　Appellee. | CASE NO. 08-CV-1194 W (CAB)<br><br>BANKRUPTCY NO. 04-00769-PB11<br><br>**ORDER ESTABLISHING BRIEFING SCHEDULE ON APPEAL** |

　　On July 7, 2008 Appellee Richard Kipperman ("Appellee"), Chapter 11 Bankruptcy Trustee of the North Plaza, LLC bankruptcy estate, elected to have Appellant Dynamic Finance Corporation et. al.'s ("Appellant") appeal heard by this District Court pursuant to 28 U.S.C. § 158(c)(1)(B). (Doc. No. 1.) Appellant appeals United States Bankruptcy Judge Peter W. Bowie's May 30, 2008 Order compelling production of documents that Appellants argue are protected by attorney-client privilege.

　　On July 11, 2007, after unsuccessfully petitioning the Bankruptcy Court, Appellants moved this Court for an order staying Judge Bowie's May 30, 2008 Order

1 until the appeal is exhausted. (Doc. No. 3.) That motion is currently pending and the
2 parties and Court have settled on an expedited briefing schedule. Additionally, both
3 parties have reasonably agreed to stay Judge Bowie's Order until July 25, 2008, and the
4 Court anticipates deciding Appellants' motion to stay by that time. Unless otherwise
5 notified, the Court takes the matter under submission and without oral argument. <u>See</u>
6 S.D. Cal. Civ. R. 7.1(d)(1).

7     In order to prevent further disruption to the bankruptcy proceedings, however,
8 the Court chooses to hear the merits of the appeal on an expedited briefing schedule.
9 Specifically, Appellants shall file and serve their opening brief by **August 4, 2008**.
10 Appellees shall filed and serve any reply by **August 18, 2008**. Unless otherwise
11 notified, the Court takes the matter under submission and without oral argument. <u>See</u>
12 S.D. Cal. Civ. R. 7.1(d)(1).

13
14     **IT IS SO ORDERED.**
15
16 DATED: July 14, 2008
17
18                                        Hon. Thomas J. Whelan
19                                        United States District Judge
20
21
22
23
24
25
26
27
28