Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone: +1 858 523 6200
Facsimile: +1 858 259 8290

Counsel for Appellee, Chapter 11 Trustee,
Richard M Kipperman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NORTH PLAZA, LLC,<br>a California Limited Liability Company,<br><br>                Debtor<br><br>―――――――――――――――――<br>DYNAMIC FINANCE CORPORATION and<br>ANGELA C. SABELLA,<br><br>                APPELLANTS,<br><br>v.<br><br>CHAPTER 11 TRUSTEE RICHARD<br>KIPPERMAN,<br><br>                APPELLEE. | District Case No. 08-CV-01194-W-CAB<br><br>Bankruptcy Court No.04-00769 PB11<br><br>Appeal No. 2<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:   N/A<br>TIME:   N/A<br>COURTROOM: 7<br>JUDGE: Hon. Thomas J. Whelan |

    I, Terri L. Mayo, hereby declare as follows:

    I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12544 High Bluff Drive, Third Floor, San Diego, CA 92130.

///

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/691661.1

1

DISTRICT CASE NO. 08-CV-01194-W-CAB; BANKRUPTCY COURT NO 04-00769-PB11
CERTIFICATE OF SERVICE

On July 16, 2008, by CM/ECF NOTICE OF ELECTRONIC FILING, the following were served:

1. **OPPOSITION OF APPELLEE CHAPTER 11 TRUSTEE, RICHARD M KIPPERMAN TO MOTION OF APPELLANTS DYNAMIC FINANCE CORPORATION AND ANGELA C. SABELLA FOR STAY PENDING APPEAL [FED. R. BANKR. PROC. 8005]; and**

2. **APPELLEE CHAPTER 11 TRUSTEE RICHARD M KIPPERMAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRUSTEE'S OPPOSITION TO THE MOTION FOR STAY PENDING APPEAL OF APPELLANTS DYNAMIC FINANCE CORPORATION AND ANGELA C. SABELLA**

on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ [BY CM/ECF NOTICE OF ELECTRONIC FILING] I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Courts transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained form this Court.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Baker & McKenzie, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above documents by facsimile to the referenced facsimile number(s). The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ [BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE] I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list. *As indicated on service list with an e-mail address.*

☐ (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the addressee as indicated on the service list, by First Legal Support Services, 1111 6th Avenue, Suite 204, San Diego, CA 92101.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/691661.1

2

DISTRICT CASE NO. 08-CV-01194-W-CAB; BANKRUPTCY COURT NO 04-00769-PB11
CERTIFICATE OF SERVICE

1  I declare under penalty of perjury under the laws of the United States of America that the
2  above is true and correct. Executed on July 17, 2008, at San Diego, California.

*[signature]*
Terri L. Mayo

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMSI/691661.1

3
DISTRICT CASE NO. 08-CV-01194-W-CAB; BANKRUPTCY COURT NO 04-00769-PB11
CERTIFICATE OF SERVICE

**NORTH PLAZA, LLC**
Bankruptcy Court Case No. 04-00769 PB11
District Case No. 08-CV-01194-W-CAB

**SERVICE LIST**

| Michael Gerard Fletcher, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd.<br>Seventeenth Floor<br>Los Angeles, CA 90048 | Counsel for Secured Creditors, Dynamic Finance Corporation<br>Telephone: (323) 852-1000<br>Fax: (323) 651-2577<br>Mfletcher@frandzel.com |
|---|---|

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/691661.1

4
DISTRICT CASE NO. 08-CV-01194-W-CAB; BANKRUPTCY COURT NO 04-00769-PB11
CERTIFICATE OF SERVICE