Michael Gerard Fletcher (State Bar No. 070849)
    mfletcher@frandzel.com
Tricia L. Legittino (State Bar No. 254311)
    tlegittino@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Movants/Appellants
Dynamic Finance Corporation and Angela C. Sabella

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NORTH PLAZA, LLC,<br><br>Debtor. | District Case No. 08-CV-01194-W-CAB<br><br>Bankruptcy Court No. 04-00769-PB11<br><br>Appeal No. 2<br><br>**APPELLANTS DYNAMIC FINANCE CORPORATION'S AND ANGELA C. SABELLA'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| ANGELA C. SABELLA and DYNAMIC FINANCE CORPORATION,<br><br>        Appellants,<br>v.<br><br>CHAPTER 11 TRUSTEE RICHARD KIPPERMAN,<br><br>        Appellee. | Submitted    :  August 4, 2008<br>Time         :  No appearances<br>Courtroom    :  Seven<br><br>Honorable Thomas J. Whelan, Judge Presiding |

/ / /

/ / /

531810.1                                    1                                    33360-036

1  Appellants, Dynamic Finance Corporation and Angela C. Sabella, hereby
2  move this Court pursuant to Federal Rule of Bankruptcy Procedure Rule
3  8001 (c) (2) to voluntarily dismiss the appeal currently pending before this Court
4  without prejudice with each party to bear their own attorneys fees and costs
5  associated with the appeal.

8  DATED: August 4, 2008        FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                MICHAEL GERARD FLETCHER
                                TRICIA L. LEGITTINO

                                By:  /s/ Tricia L. Legittino
                                     TRICIA L. LEGITTINO
                                     Attorneys for Appellants, Dynamic Finance
                                     Corporation and Angela C. Sabella

1  Michael Gerard Fletcher (State Bar No. 070849)
   mfletcher@frandzel.com
2  Tricia L. Legittino (State Bar No. 254311)
   tlegittino@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
4  Seventeenth Floor
   Los Angeles, California 90048-4920
5  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
6
   Attorneys for Appellants Dynamic
7  Finance Corporation and Angela Sabella

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | In re                          | District Case No. 08-CV-01194-W-CAB
13 | NORTH PLAZA, LLC,              | Bankruptcy Court No. 04-00769-PB11
14 | Debtor.                        | Appeal No. 2
15 |                                | **CERTIFICATE OF SERVICE**
16 |
17 | ANGELA C. SABELLA and
   | DYNAMIC FINANCE
18 | CORPORATION,                   | Submitted:  August 4, 2008
   |                                | Courtroom:  Seven
19 |       Appellants,
20 | v.                             | Honorable Thomas J. Whelan, Judge Presiding
21 | CHAPTER 11 TRUSTEE RICHARD
   | KIPPERMAN,
22 |
23 |       Appellee.

24

25       I, the undersigned, declare and certify as follows:

26       I am over the age of eighteen years, not a party to the within action and
   employed in the County of Los Angeles, State of California. I am employed in the
27 office of FRANDZEL ROBINS BLOOM & CSATO, L.C., members of the Bar of
   the above-entitled Court, and I made the service referred to below at their direction.
28 My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles,

1  California 90048-4920.

2      On August 4, 2008, I served true copy(ies) of the **APPELLANTS
3  DYNAMIC FINANCE CORPORATION'S AND ANGELA C. SABELLA'S
   MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**, the original(s) of
4  which is(are) affixed hereto, to the party(ies) listed on the attached service list.

5  ☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
   processing correspondence for mailing with the United States Postal Service.
6  Under that practice, it would be deposited with the United States Postal
   Service that same day in the ordinary course of business. Such document(s)
7  were placed in envelopes addressed to the person(s) served hereunder for
   collection and mailing with postage thereon fully prepaid at Los Angeles,
8  California, on that same day following ordinary business practices.

9  ☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be
   transmitted by facsimile. The telephone number of the sending facsimile
10  machine was (323) 651-2577. The name(s) and facsimile machine telephone
   number(s) of the person(s) served are set forth in the service list. The
11  document was transmitted by facsimile transmission, and the sending
   facsimile machine properly issued a transmission report confirming that the
12  transmission was complete and without error.

13  ☐ **BY E-MAIL:** At approximately ____, I caused said document(s) to be
   transmitted by electronic mail. The name(s) and e-mail addresses of the
14  person(s) served are set forth in the service list. The document was
   transmitted by electronic transmission and without error.

15  ☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said
   document(s) to be served by means of this Court's electronic transmission of
16  the Notice of Electronic Filing through the Court's transmission facilities, to
   the parties and/or counsel who are registered CM/ECF Users set forth in the
17  service list obtained from this Court.

18  ☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or
   other facility regularly maintained by the overnight service carrier, or
19  delivered such document(s) to a courier or driver authorized by the overnight
   service carrier to receive documents, in an envelope or package designated by
20  the overnight service carrier with delivery fees paid or provided for,
   addressed to the person(s) served hereunder.

22  ☐ **BY EXPRESS MAIL:** I deposited such document(s) in a box or other
   facility regularly maintained by the United States Postal Service, in an
23  envelope or package designated by the United States Postal Service with
   delivery fees paid or provided for, addressed to the person(s) served
24  hereunder.

25  ☐ **BY PERSONAL SERVICE:** I personally delivered such document(s) to the
   person(s) served hereunder.

    I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on August 4, 2008, at Los Angeles, California.

_____
SOO LAN HOM

## SERVICE LIST

**VIA ELECTRONICALLY MAIL:**

Michael Gerard Fletcher
mfletcher@frandzel.com, shom@frandzel.com, efiling@frandzel.com

Ali M.M. Mojdehi
ali.m.m.mojdehi@bakernet.com, janet.d.gertz@bakernet.com

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000