

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: NORTH PLAZA, LLC,<br><br>                              Debtor<br><br>DYNAMIC FINANCE CORPORATION et al.,<br><br>                             Appellants,<br>   vs.<br><br>CHAPTER 11 TRUSTEE RICHARD KIPPERMAN,<br><br>                             Appellee. | CASE NO. 08-CV-1194 W (CAB)<br><br>BANKRUPTCY NO. 04-00769-PB11<br><br>ORDER GRANTING APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL (Doc. No. 16) |

On August 4, 2008 Appellants Dynamic Finance Corporation et al. ("Appellants") moved this Court pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) to voluntarily dismiss the pending appeal. Good cause showing, the Court **GRANTS** Appellants' motion and **DISMISSES WITHOUT PREJUDICE** Appellants' appeal. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: August 13, 2008

                                            HON. THOMAS J. WHELAN<br>
                                            United States District Court<br>
                                            Southern District of California